IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALVA M.,[1]

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:18-cv-01048-CL

ORDER

**MCSHANE, Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 23) and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 23) is adopted in full. The Commissioner's decision is AFFIRMED.

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case and any immediate family members of that party.

1 –ORDER

IT IS SO ORDERED.

DATED this __10th__ day of October, 2019.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge